IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 OCT 25  AM 10: 44

KELLY NAGLE                            :
                                       :    C.A. No.    0 7 - 6 7 3
                                       :
v.                                     :
                                       :
DONALD B. TURNER and                   :
J.B. HUNT TRANSPORT, INC.              :
J.B. HUNT, INC.                        :

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

Defendants, J.B. Hunt Transport, Inc. and Donald B. Turner, by and through their attorneys, Rawle and Henderson, LLP, respectfully aver as follows:

1. Plaintiff has commenced a civil action against defendants in the Superior Court of Delaware in and for New Castle County which was filed on or about March 20, 2007. *(See attached Notice of Service of Process as Exhibit "A")*

2. Accordingly, this Notice of Removal was timely filed within thirty (30) days of receipt of an order or other paper that case is one which is or has become removal. 28 U.S.C. §1446 (b). *(See attached Stipulation of Dismissal of J.B. Hunt, Inc. as Exhibit B.)*

3. In the Complaint, Plaintiff alleged that as a result of the motor vehicle accident at issue in this lawsuit, she sustained "serious physical injuries as well as lost wages.." *(See Exhibit" A")*

4. The medical records of National Medical Imaging indicate the Plaintiff has a bulging disc at L5-S1. In addition, Dr. Bonner reported that an EMG revealed L5 nerve root irritation with mild radiculopathy. *(See attached reports as Exhibit "C" and "D", respectively.)*

2061522-1

5. Based upon a fair reading of the Complaint and the attached medical records, plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000, exclusive of interest and costs, may be at stake.

6. Defendant, J.B. Hunt Transport, Inc., at all material times, was and is a corporation incorporated under the laws of the State of Georgia with its principal place of business located in Lowell, Arkansas.

7. Defendant, Donald B. Turner, at all material times, was and is a citizen of the State of New Jersey.

8. At all material times hereto, based upon information and belief, plaintiff is and was a citizen of Pennsylvania although the Complaint asserts she is a resident of Delaware. *(See Exhibit A)*

9. Diversity of citizenship within the meaning of 28 U.S.C. §1332, exists between plaintiffs and defendants since:

   (a) plaintiff is a citizen and resident of the State of Delaware; and

   (b) remaining defendants are not citizens or residents of the State of Delaware.

10. Furthermore, diversity of citizenship of the remaining parties existed at the time the action sought to be removed was commenced and continues through the time of filing of this notice, such that defendants are entitled to removal pursuant to 28 U.S.C. §1441 as amended, and 28 U.S.C. §1446.

11. The undersigned counsel also represents Defendant, Donald Turner, and he has consented to the removal of this action.

WHEREFORE, defendants, J.B. Hunt Transport, Inc. and Donald B. Turner pray that the above-captioned action now pending in the Superior Court of Delaware in and for New Castle County, be removed there from to This Honorable Court.

2061522-1

                        RAWLE & HENDERSON LLP

By: _____/s/ Delia A. Clark_____
     Delia A. Clark
     Attorneys for Defendants,
     J.B. Hunt Transport, Inc.
     and Donald B. Turner
     300 Delaware Avenue, Ste. 1015
     Wilmington, DE 19801
     (302) 778-1200

Dated: October 24, 2007

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within-captioned Notice of Removal Pursuant to 28 U.S.C. §1446(d) was served via first-class mail, postage prepaid, on counsel for plaintiff listed below:

William O'Day Jr.
Woloshin, Lynch, Natalie & Gagne
3200 Concord Pike
Wilmington, DE  19803


RAWLE & HENDERSON LLP

_____
Delia A. Clark


Dated: October 24, 2007

2061522-1

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| KELLY NAGLE. | : | |
| | : | C.A. 07c-03-103 (JOH) |
| | : | |
| v. | : | |
| DONALD B. TURNER | : | |
| and J.B. HUNT TRANSPORT, INC. | : | 0 7 - 6 7 3 |

NOTICE OF REMOVAL TO FEDERAL COURT
PURSUANT TO 28 U.S.C. § 1446(D)

TO THE CLERK OF THE COURT:

Pursuant to 28 U.S.C. § 1446(d), defendants, J.B HUNT TRANSPORT, INC. and DONALD B. TURNER, file herewith a copy of the Notice of Removal which has been filed in the United States District Court for the District of Delaware.

        RAWLE & HENDERSON LLP

        By: _/S/ Delia A. Clark_
          Delia A. Clark (DAC 3337)
          Attorneys for Defendants
          300 Delaware Avenue, Ste. 1015
          Wilmington, DE 19801
          (302) 778-1200

Dated: October 24, 2007

1

1385126 v.1

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within-captioned Notice of Removal Pursuant to 28 U.S.C. §1446(d) was served via first-class mail, postage prepaid, on counsel for plaintiff below:

William O'Day Jr.
Woloshin, Lynch, Natalie & Gagne
3200 Concord Pike
Wilmington, DE 19803


RAWLE & HENDERSON LLP

By:_____/s/_____
    Delia A. Clark
    Attorneys for Defendants
    J.B. Hunt Transport, Inc.
    James W. Reed


Dated: October 24, 2007

2

1385126 v.1

07-673

# EXHIBIT "A"

07-673   A0502759

32

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

KELLY A. NAGLE,                        )
                                       )
                Plaintiff,             )
                                       )   C.A. No.: 07C-03-103 SCD
       v.                              )
                                       )
DONALD B. TURNER,                      )
J.B. HUNT TRANSPORT, INC. and          )   SUMMONS
J.B. HUNT INC.,                        )
                                       )
                Defendants.            )

The State of Delaware,
To the Sheriff of New Castle County:

Your are commanded:

    To summon the above named defendant so that, within 20 days after service hereof, exclusive of the day of service, defendant shall serve upon William L. O'Day, Jr., attorney for plaintiff and whose address is 3200 Concord Pike, P.O. Box 7329, Wilmington, Delaware, 19803, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

    To serve upon defendant a copy hereof and of the complaint.

Dated: 3/16/07

_Sharon Agnew_
Prothonotary
PER _____
     DEPUTY

To the above named Defendant:

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on the plaintiff's attorney named above, an answer to the complaint (and, if the complaint contains specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense) judgment by default will be rendered against you for the relief demanded in the complaint.

_Sharon Agnew_
Prothonotary
PER _____
     DEPUTY

SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: (N)  K  S .      CIVIL ACTION NUMBER: 07C-03-03 SCD RECEIVED

Civil Case Code _____     Civil Case Type __Personal Injury__
(See Reverse Side for Code and Type)

2007 MAR -9 P 5:05

DELAWARE JUDICIARY

| Caption: | Name and Status of Party filing document: |
|---|---|
| Kelly A. Nagle | William O'Day, Esquire |
| Plaintiff | Document Type: (E.G.; Complaint; Answer with Counterclaim) |
| v. | Complaint |
| Donald B. Turner, | Non-Arbitration __ |
| J.B. Hunt Transport, Inc. | (Certificate of Value may be required) |
| J.B. Hunt, Inc. | Arbitration ✓  Mediation __   Neutral Assessment __ |
|  | DEFENDANT (CIRCLE ONE) ACCEPT  REJECT |
|  | Jury Demand  Yes ✓  No ___ |
|  | Track Assignment Requested (Circle One) |
|  | EXPEDITED  STANDARD  COMPLEX |

| Attorney Name(s): | Identify any related cases now pending in the Superior Court by Caption and Civil Action Number including Judge's Initials |
|---|---|
| William O'Day, Jr. | None |
| Attorney ID(s): |  |
| Woloshin, Lynch, Natalie & Gagne | Explain the Relationship(s): |
| Firm Name: | N/A |
| 3200 Concord Pike |  |
| Address: |  |
| Wilmington, DE 1980 |  |
| Telephone Number: |  |
| 302-477-3200 | Other Unusual Issues That Affect Case Management: |
| Fax Number: | N/A |
| 302-477-3210 |  |
| E-Mail Address: |  |
|  | (If additional space is needed, please attach page) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 6/2002

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| KELLY A. NAGLE, | ) |
|        Plaintiff, | ) |
| | ) C.A. No.: 07C-03-103 SCD |
| v. | ) |
| | ) ARBITRATION CASE |
| DONALD B. TURNER, | ) |
| J.B. HUNT TRANSPORT, INC. and | ) JURY OF TWELVE DEMANDED |
| J.B. HUNT INC., | ) |
|        Defendants. | ) |

## COMPLAINT

1. Plaintiff Kelly A. Nagle (hereinafter "Plaintiff") is a resident of the State of Delaware who may be reached for purposes of this litigation through her attorney, William L. O'Day, Jr., Esquire at 3200 Concord Pike, P.O. Box 7329, Wilmington, Delaware 19803.

2. Defendant Ronald B. Turner, (hereinafter "Turner") resides at 105 Bayberry Lane, Willingboro, New Jersey, 08046 This Defendant can be served via the Secretary of State of Delaware pursuant to 10 Del.C. §3112.

3. Defendant J.B. Hunt Transport, Inc. (hereinafter "Transport") is an Arkansas Corporation and can be served for purposes of this litigation by serving its registered agent The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware, 19801.

4. Defendant J.B. Hunt, Inc. (hereinafter "Hunt") is a Delaware Corporation and can be served for purposes of this

litigation by serving its registered agent The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware, 19801.

5. Through information and belief, Transport is a subsidiary and/or is owned by Hunt.

6. On April 15, 2005, there occurred a collision in Wilmington, Delaware on S. Adams Street and Maryland Avenue in which the motor vehicle operated by Turner collided into the motor vehicle operated by Plaintiff. At all times relevant, Transport and/or Hunt was the owner of the vehicle operated by Bates.

7. Turner was negligent in that he:

   a) failed to make a left hand turn from the furthermost left hand lane, in violation of 21 Del.C. §4152;

   b) operated a motor vehicle in a careless and imprudent manner, in violation of 21 Del. C. § 4176(a);

   c) operated a vehicle without due regard for road and traffic conditions, in violation of 21 Del. C. § 4176(a);

   d) operated a motor vehicle without giving full time and attention to road and traffic conditions, in violation of 21 Del. C. § 4176(b);

   e) operated a motor vehicle without maintaining a proper lookout, in violation of 21 Del. C. § 4176(b);

   f) operated a vehicle at a speed greater than was reasonable and prudent under the conditions and without regard to actual and potential hazards or at a speed so controlled as may be

necessary to avoid colliding with any person or vehicle, in violation of 21 Del. C. § 4168;

g) operated a motor vehicle which was not equipped with brakes adequate to control the movement of and to stop and hold such vehicle, in violation of 21 Del. C. § 4303; and

h) breached his common law duty to operate his vehicle as a reasonable and prudent person by operating his vehicle in such a manner that he struck another vehicle.

8. At all relevant times herein, Turner was an employee, servant and/or agent of Transport and/or Hunt. Turner's negligence is imputed to Transport and/or Hunt. **If this allegation of agency is denied, Plaintiff specifically requires Defendants to make such denial by affidavits filed with their Answers in accordance with 10 Del.C §3916.**

9. As an actual and proximate result of Defendants' negligence, Plaintiff sustained serious physical injuries as well as lost wages.

WHEREFORE, Plaintiff demands judgment against the above-named Defendants for damages, plus interest, lost wages, costs and other such relief as the Court deems just.

                            WOLOSHIN, LYNCH,
                              NATALIE & GAGNE, P.A.

                            WILLIAM L. O'DAY, JR. (#2483)
                            3200 Concord Pike, P.O. Box 7329
                            Wilmington, DE 19803
                            Attorney for Plaintiff
DATED: 3/7/07             (302) 477-3200

# EXHIBIT "B"

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

KELLY A. NAGLE :
: C.A. NO. 07c-03-103 (SCD)
:
v. :
:
DONALD B. TURNER : ARBITRATION
J.B. HUNT TRANSPORT, INC. and : JURY OF TWELVE DEMANDED
J.B. HUNT, INC. :

FILED PROTHONOTARY 2007 OCT 16 PM 2:28

### STIPULATION TO DIMSISS

AND NOW on this 11ᵗʰ day of October 2007, it is hereby STIPULATED and AGREED by William L. O'Day, Jr., counsel for plaintiff, and Delia A. Clark of Rawle & Henderson LLP, counsel for defendants Donald B. Turner and J.B. Hunt Transport, Inc., that J.B. Hunt, Inc. is dismissed as a party in the above-captioned matter.

_____
WILLIAM O'DAY, JR.
Attorneys for Plaintiff, Kelly Nagle

_____
DELIA A. CLARK
RAWLE & HENDERSON, LLP
Attorneys for Defendants,
Donald B. Turner and J.B. Hunt
Transport, Inc.

SO ORDERED on this          day of                    , 2007

_____ J.

# EXHIBIT "C"

Nagle, Kelly : MRI Lumbar Spine W/Contrast                                    Page 1 of 1



## National Medical Imaging

April 27, 2005

**REFERRING PHYSICIAN:**
James F. Bonner, M.D.
217 Kedron Avenue
Folsom, PA 19033

Fax: 610-532-7856

**PATIENT:** Nagle, Kelly
**FILE NUMBER:** -9498
**DATE OF BIRTH:** -77
**DATE OF STUDY:** April 27, 2005
**MEDICAL RECORD #:** 9498
**ORDER #:** 155742

Clinical Diagnosis: Pain.

MRI LUMBAR SPINE:

TECHNIQUE: Sagittal and axial imaging was obtained. Sequences included T1, as well as T2 weighted imaging. Plain film radiographs are not available for review.

COMMENTS: Subtle desiccation is present at the L5-S1 level. There is no spondylolisthesis. The conus medullaris appears normal.

No evidence of herniation or bony canal stenosis involves the L1-2 through L4-5 levels

The L5-S1 level demonstrates subtle left-sided bulging of the disc with some narrowing of the left neural foramen. The central canal and right neural foramen are well maintained.

CONCLUSION: Left-sided bulging of the disc at the L5-S1 level with impingement upon the left neural foramen.

Thank you very much for the opportunity to examine your patient.

Richard Chesnick, M.D.
RC/TL174


Radiologist: Richard Chesnick, M.D.

---

*1501 Edgmont Avenue • Chester, PA 19013 • Phone: (610) 490.9920 • Fax: (610) 491.9928*
*America's Premier Medical Diagnostic Imaging Company providing Open MRI*
*Scanning Services in a Patient and Doctor Friendly Environment.*

# EXHIBIT "D"

PHYSICAL THERAPY PHYSICIANS
JAMES F. BONNER, M. D.
PETER B. BANDERA, M. D.
217 KEDRON AVENUE
FOLSOM, PA  19033

TELEPHONE (610) 532-2633    FAX (610) 532-7856

CLINICAL NOTE

Patient's Name: KELLY NAGLE
Date of EMG:  MAY 12, 2005

Kelly was seen on 5/12/05. She reports that she continues with pain in the lumbar spine radiating to the left lower extremity and notes that her other complaints seem to be improving well with therapy.

Her physical examination reveals tenderness in the left SI joint, tenderness in the left greater sciatic notch with mild straight leg raising.

Nerve conduction studies of both lower extremities were performed. The H reflex was found to be symmetric at 28 milliseconds bilaterally. The tibial latencies were 4.5 milliseconds bilaterally. The peroneal distal motor latency was 4.7 milliseconds bilaterally with an F wave of 45 milliseconds. The amplitude on the left side was mildly reduced when compared to the right. The amplitude was 7/8 of the right side. The sural responses were found at 2.9 milliseconds bilaterally.

EMG examination of the lumbar paraspinals was performed. There was an increase in insertional activity with +1 positive waves in the left L5 paraspinals with the remaining muscles showing an electrical silence at rest. Examination of the lateral gastrocnemius and peroneus longus revealed a decrease in the interference pattern, but no spontaneous potentials were visualized on the left side.

In summary, the electrodiagnostic examination reveals evidence of L5 nerve root irritation with mild radiculopathy.

At this time, medial facet blocks were performed with 20mg of Depo-Medrol and 1/2cc of Xylocaine at L3-4, L4-5, and L5-S1 on the left, and the left SI joint was infiltrated with 20mg of Depo-Medrol and ½ cc of Xylocaine. The patient was advised on a home cryotherapy program.

She will continue with outpatient therapy and I will see her in follow up in two weeks time.

James F. Bonner, M.D.

JFB/tg

Dictated, but not read. Signed in his absence.

JS 44 Rev 3/99    07-673    **CIVIL COVER SHEET**     **ORIGINAL**

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 OCT 25 AM 10: 44

The JS-120 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFFS**
Kelly Nagle

**(b)** County Of Residence Of First Listed Plaintiff  New Castle County
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**
Donald B. Turner and J.B Hunt Transport, Inc.

County Of Residence Of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorneys (Firm Name, Address, And Telephone Number)
William O'Day, Jr.
Woloshin, Lynch, Natalie & Gagne
3200 Concord Pike
Wilmington, DE 19803.

Attorneys (If Known)  Delia A. Clark
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**  For diversity cases only
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated or Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

CONTRACT:
- ☐110 Insurance
- ☐120 Marine
- ☐130 Miller Act
- ☐140 Negotiable Instrument
- ☐150 Recovery of Overpayment & Enforcement of Judgment
- ☐151 Medicare Act
- ☐152 Recovery of Defaulted Student Loans (Excl Veterans)
- ☐153 Recovery of Overpayment of Veteran's Benefits
- ☐160 Stockholder's Suits
- ☐190 Other Contract
- ☐195 Contract Product Liability

TORTS - PERSONAL INJURY:
- ☐310 Airplane
- ☐315 Airplane Product Liability
- ☐320 Assault, Libel & Slander
- ☐330 Federal Employers' Liability
- ☐340 Marine
- ☐345 Marine Product Liability
- ☒350 Motor Vehicle
- ☐355 Motor Vehicle Product Liability
- ☐360 Other Personal Injury

TORTS - PERSONAL INJURY:
- ☐362 Personal Injury-- Med Malpractice
- ☐365 Personal Injury— Product Liability
- ☐368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY:
- ☐370 Other Fraud
- ☐371 Truth in Lending
- ☐380 Other Personal Property Damage
- ☐385 Property Damage Product Liability

REAL PROPERTY:
- ☐210 Land Condemnation
- ☐220 Foreclosure
- ☐230 Rent Lease & Ejectment
- ☐240 Torts to Land
- ☐245 Tort Product Liability
- ☐290 All Other Real Property

CIVIL RIGHTS:
- ☐441 Voting
- ☐442 Employment
- ☐443 Housing/ Accommodations
- ☐444 Welfare
- ☐440 Other Civil Rights

PRISONER PETITIONS:
- ☐510 Motions to Vacate Sentence
HABEAS CORPUS:
- ☐530 General
- ☐535 Death Penalty
- ☐540 Mandamus & Other
- ☐550 Civil Rights
- ☐555 Prison Condition

FORFEITURE/PENALTY:
- ☐610 Agriculture
- ☐620 Other Food & Drug
- ☐625 Drug Related Seizure of Property 21, USC
- ☐630 Liquor Laws
- ☐640 R.R. & Truck
- ☐650 Airline Regs
- ☐660 Occupational Safety/Health
- ☐690 Other

LABOR:
- ☐710 Fair Labor Standards Act
- ☐720 Labor/Mgmt. Relations
- ☐730 Labor/Mgmt. Reporting & Disclosure Act
- ☐740 Railway Labor Act
- ☐790 Other Labor Litigation
- ☐791 Empl. Ret. Inc. Security Act

BANKRUPTCY:
- ☐422 Appeal 28 USC 158
- ☐423 Withdrawal 28 USC 157

PROPERTY RIGHTS:
- ☐820 Copyrights
- ☐830 Patent
- ☐840 Trademark

SOCIAL SECURITY:
- ☐861 HIA (1395FF)
- ☐862 Black Lung (923)
- ☐863 DIWC/ DIWW(405(g))
- ☐864 SSID Title XVI
- ☐865 RSI (405(g))

FEDERAL TAX SUITS:
- ☐870 Taxes
- ☐871 IRS – Third Party 26 USC 7609

OTHER STATUTES:
- ☐400 State Reapportionment
- ☐410 Antitrust
- ☐430 Banks and Banking
- ☐450 Commerce/ICC Rates/etc.
- ☐460 Deportation
- ☐470 Racketeer Influenced and Corrupt Organizations
- ☐810 Selective Service
- ☐850 Securities/Commodities/ Exchange
- ☐875 Customer Challenge 12 USC 3410
- ☐891 Agricultural Acts
- ☐892 Economic Stabilization Act
- ☐893 Environmental Matters
- ☐894 Energy Allocation Act
- ☐895 Freedom of Information Act
- ☐900 Appeal of Fee Determination Under Equal Access to Justice
- ☐950 Constitutionality of State Statutes
- ☐890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite The U.S. Civil Statute Under Which You Are Filing And Write A Brief Statement Of Cause)
Do Not Cite Jurisdictional Statutes Unless Diversity.) Diversity of Citzenship pursuant to 28 U.S.C §1332

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instructions)  DOCKET NUMBER

DATE: October 24, 2007   SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT #_____   AMOUNT $_____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____