IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KELLY NAGLE<br>　　　Plaintiff | :<br>:<br>: | C.A. No.　　0 7 - 6 7 3 |
| v.<br>DONALD B. TURNER<br>J.B. HUNT TRANSPORT, INC.<br>　　　Defendants | :<br>:<br>:<br>:<br>: | JURY TRIAL DEMANDED |

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, J.B Hunt Transport, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

J.B. Hunt Transport Services, Inc.

Date: October 24, 2007　　　Signature: _____

　　　　　　　　　　　　　　Counsel for: Defendant, J.B. Hunt Transport Inc.

1331353 v.1

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:

        (1)   file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

        (2)   promptly file a supplemental statement upon any change in the information that the statement requires.

1331353 v.1