File No. 301376

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

KELLY NAGLE, :
        Plaintiff, :    Civil Action: 07-673 (GMS)
         :
v. :
         :
DONALD B. TURNER and :
J.B. HUNT TRANSPORT, INC., :
        Defendants. :

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE CLERK:

It is hereby stipulated and agreed by and between counsel of record for the parties herein that the above-captioned matter be dismissed with prejudice.

| | |
|---|---|
| _____ | _____ |
| Delia A. Clark, Esquire | William O' Day, Jr., Esquire |
| Rawle & Henderson. LLP | Woloshin, Lynch, Natalie & Gagne |
| 300 Delaware Avenue | 3200 Concord Pike |
| Suite 1015 | Wilmington, DE 19803 |
| Wilmington, DE 19103 | Attorney for Plaintiff |
| Attorney for Defendants | |

2800517-1